Ronald W. Holland - SBN: 95061
Holland Law Firm
805 Douglas Boulevard, Suite 121
Roseville, CA 95678
916-749-6456
hollandlaw@comcast.net

Attorney for Nichole Cleveland Morgan

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NICHOLE CLEVELAND MORGAN<br><br>Debtor | Case No. 2018-26407<br>DPC-1<br>Chapter 13<br><br>Date: December 11, 2018<br>Time: 3:00 P.M.<br>Judge: Hon. Ronald Sargis<br>Courtroom: 33 – Dept. E |

## ORDER CONFIRMING PLAN DATED OCTOBER 10, 2018

The Chapter 13 Plan Dated October 10, 2018, as filed on behalf of the above-named Debtor, has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's Plan satisfies the requirements of 11 U.S.C. §1325.

**IT IS ORDERED** that the Debtor's Chapter 13 Plan Dated October 10, 2018 is confirmed.

**IT IS FURTHER** ORDERED that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and, the Trustee, of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of or other change in the employment of the Debtor; and

3. The Debtor shall appear in Court whenever notified to do so by the Court.

RECEIVED
January 31, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006438177

**IT IS FURTHER ORDERED** that the Attorney's fees for the Debtor's Attorney in the full amount of $4,000.00 are approved, $2,000.00 of which was paid prior to the filing of the petition. The balance of $2,000.00, provided that the Attorney and the Debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the Trustee from plan payments at the rate specified in the confirmed plan.

_/s/ David P. Cusick_  01-31-19

David P. Cusick

Approved by the Chapter 13 Trustee as to form.

**Dated:** February 01, 2019

**By the Court**

_/s/ Ronald H. Sargis_

Ronald H. Sargis, Judge
United States Bankruptcy Court

Order Confirming Plan     2